No. 83–5528.  BUHSE v. KRUEGER.  Appeal from Sup. Ct. Wis. dismissed for want of substantial federal question.

No. 83–5573.  YOUNG v. TEXAS.  Appeal from Ct. Crim. App. Tex. dismissed for want of substantial federal question.

No. 83–165.  YORK INTERNATIONAL ET AL. v. ALABAMA OXYGEN CO., INC., ET AL.  Appeal from Sup. Ct. Ala.  Judgment vacated and case remanded for further consideration in light of *Southland Corp.* v. *Keating, ante,* p. 1.  JUSTICE O'CONNOR would affirm the judgment.

No. 83–208.  TOMPKINS ET AL. v. GARGIUL.  C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Migra* v. *Warren City School Dist. Bd. of Ed., ante,* p. 75.

No. 83–209.  LOCAL DIVISION 732, AMALGAMATED TRANSIT UNION, ET AL. v. METROPOLITAN ATLANTA RAPID TRANSIT AUTHORITY ET AL.  Sup. Ct. Ga.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Southland Corp.* v. *Keating, ante,* p. 1.  JUSTICE O'CONNOR would deny certiorari.

No. A–455.  STEPHENS v. KEMP, SUPERINTENDENT, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER.  Motion of respondent to vacate the stay of execution of sentence of death, granted by order of Court [464 U. S. 1027], denied.

No. A–552.  LEIGHTON v. DUBOWSKI ET AL.  C. A. 2d Cir. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. A–565 (83–5714).  BRUTON v. UNITED STATES.  Application for bail, addressed to JUSTICE BRENNAN and referred to the Court, denied.